IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN OPEN COURT
U.S.D.C. - Atlanta

MAR - 7 2018

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOE L. FLETCHER | **UNDER SEAL**<br><br>Criminal Indictment<br><br>No. **1: 18-CR-069** |

THE GRAND JURY CHARGES THAT:

On a date unknown, but on or between January 5, 2018 and January 29, 2018, in the Northern District of Georgia, the defendant, JOE L. FLETCHER, an inmate of the United States Penitentiary in Atlanta, Georgia, a prison as defined in Title 18, United States Code, Section 1791(d)(4), did knowingly possess a prohibited object, to wit: a telephone or other communication device using commercial mobile service, in violation of Title 18, United States Code, Sections 1791(a)(2), 1791(b)(4) and 1791(d)(1)(F).

A ____True____ BILL

_____
FOREPERSON

BYUNG J. PAK
United States Attorney

_____
Brent Alan Gray
Assistant United States Attorney
Georgia Bar No. 155089

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181