IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 5:19-cr-00772 |
| Plaintiff, | ) JUDGE SOLOMON OLIVER, JR. |
| v. | ) MAGISTRATE JUDGE |
| | ) DAVID A. RUIZ |
| JOE L. FLETCHER, | ) |
| | ) **WAIVER OF PRELIMINARY** |
| Defendant. | ) **HEARING RE: SUPERVISED** |
| | ) **RELEASE VIOLATION** |

I have been advised by my counsel and by the Court of my right under the Federal Rules of Criminal Procedure to have a preliminary hearing in the above-captioned matter at which the government would have to establish that there was probable cause to believe that I committed the violation with which I have been charged.

I hereby waive my right under the Federal Rules of Criminal Procedure to have such a preliminary hearing.

_____
Defendant

_____
Counsel for Defendant

Approved: s/ *David A. Ruiz*
David A. Ruiz
United States Magistrate Judge

Dated: January 28, 2020